Ronald **DEAN** and Terri L. **Claspill, Appellants,**

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, Respondent.**

**No. WD 42339.**

Missouri Court of Appeals, Western District.

July 24, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1990.

Application to Transfer Denied Oct. 16, 1990.

Roy W. Brown, Kearney, for appellants.

Martin Matthew Montemore, Kansas City, for respondent.

Before NUGENT, C.J., FENNER, J. and WASSERSTROM, Senior Judge.

### ORDER

PER CURIAM.

Appeal from judgment of trial court entered upon jury verdict in favor of defendant/respondent, American Family Mutual Insurance Company.

Judgment affirmed. Rule 84.16(b).